■ In the Matter of ANDREA L. CROCE, Respondent, v NICHOLAS J. DESANTIS, Appellant. [45 NYS3d 834]—Appeal from an

order of the Family Court, Erie County (Tracey A. Kassman, Ref.), entered August 13, 2015 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted the petition of petitioner for leave to relocate with the child to Columbus, Ohio.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Lindley, NeMoyer, Curran and Troutman, JJ.